# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PAMELA J. WRIGHT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )  Case No. CIV-20-780-G |
| | ) |
| **NEWVIEW OKLAHOMA, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

Now before the Court is the parties' Joint Motion to Extend Administrative Closing Order Deadline (Doc. No. 20). For good cause shown, the Motion is GRANTED. The deadline cited in the Administrative Closing Order is hereby extended to October 30, 2021. If, by that date, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 1st day of October, 2021.

_____
CHARLES B. GOODWIN
United States District Judge