### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

**PAMELA J. WRIGHT,**

      **Plaintiff,**

**v.**

                                                 **Case No. CIV-20-780-G**

**NEWVIEW OKLAHOMA, INC.,**

      **Defendant.**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Pamela J. Wright, by and through her attorneys of record, and Defendant, NewView Oklahoma, Inc., by and through its attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties stipulate that they shall each bear their own attorney's fees and costs.

Respectfully submitted,

**HALL, ESTILL, HARDWICK,**
**GABLE, GOLDEN & NELSON, P.C.**


*s/ Lindsay N. Kistler*

By:    Elaine R. Turner, OBA #13082
Lindsay N. Kistler, OBA #32814
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
Email:  eturner@hallestill.com
Email:  lkistler@hallestill.com

**ATTORNEYS FOR DEFENDANT**

and

/s/ *Kevin Docherty* (with permission)
Kevin Docherty
**BROWN, GOLDSTEIN, LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Telephone: (410) 962-1030
Facsimile: (410) 385-0869
Email: kdoucherty@browngold.com

Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
**HAMMONS, HURST & ASSOCIATES**
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amberashby@hammonslaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Kevin Docherty
**BROWN, GOLDSTEIN, LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Telephone: (410) 962-1030
Facsimile: (410) 385-0869
Email:
kdoucherty@browngold.com
**ATTORNEY FOR PLAINTIFF**

Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
**HAMMONS, HURST & ASSOCIATES**
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email:
amberashby@hammonslaw.com
**ATTORNEY FOR PLAINTIFF**

*s/ Lindsay N. Kistler*

3